EXHIBIT A

# VENUE SELECTION AGREEMENT

**I.  SCOPE OF VENUE SELECTION AGREEMENT**

    A.  <u>Agreed Upon Venues and Process</u>.  In consideration for Marquette Transportation Company, LLC, Marquette Transportation Company Gulf-Inland, LLC, or Marquette Transportation Company Offshore, LLC (hereinafter "Marquette") considering a prospective employee's application and conditionally offering an employment opportunity, the later payment of wages and benefits and the payment of maintenance, cure and advances against lost wages should an employee suffer a work-related personal injury and Marquette either determines or is found to have the legal duty to make such payments, all parties agree that any legal action seeking relief for a covered dispute must be filed in either (1) the United States District Court for the Western District of Kentucky, or (2) the McCracken County Circuit Court in Paducah, Kentucky.

    B.  <u>Covered Disputes</u>.  This venue selection agreement (this "Agreement") will cover all matters directly or indirectly related to your recruitment/potential employment, employment, or possible termination of employment, including, but not limited to, claims involving laws against discrimination whether brought under federal and/or state law, and/or personal injury claims/Jones Act claims or tort claims of any type, against Marquette or any of its current/former employees, supervisors, officers or directors.

    This Agreement does not cover claims under unemployment or workers compensation laws or the National Labor Relations Act.  This Agreement does not affect your right to seek relief from or through the Equal Employment Opportunity Commission.  This Agreement also does not cover Marquette's right to seek equitable or injunctive relief to enforce the provisions of an employment, confidentiality, trade secrets or non-compete agreement.

    C.  <u>Knowing and Voluntary Agreement</u>.  No authorized representative of Marquette has communicated any separate promise from those stated herein and has not in any way forced my consent to this Agreement.  I have had a chance to review this Agreement with my representative.  However, Marquette will not consider an applicant for employment if this Agreement is not signed and returned.

    D.  <u>At-Will Employment Rights</u>.  This Agreement does not create a contract of employment for a definite time, and does not in any way alter any party's right to end an employment relationship at any time for any lawful reason or for no reason.

**II.  TERMINATION**

    This Agreement may be terminated by Marquette upon thirty (30) days written notice.

**III.  SEVERABILITY**

    If any provision of this Agreement is found unenforceable, all parties agree that such provision shall be severed, and that all remaining provisions of this Agreement are still enforceable.

    After having read this Venue Selection Agreement, I voluntarily and knowingly agree to be bound by Marquette's Venue Selection Agreement.

Employee Signature: _[DocuSigned signature]_

Print Full Name: Jeffery Kennedy

Social Security Number: 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

Date: 9/20/2022 | 3:22:58 PM CDT